IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN PARTELLO, | : |
| Petitioner, | : |
| v. | : Case No. 5:24-cv-05883-JDW |
| MELISSA HAINSWORTH, et al., | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 13th day of November, 2025, upon consideration of the Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 2), and following careful and independent review of the Honorable Craig M. Straw's Report and Recommendation (ECF No. 11), without objection from *pro se* Petitioner Kevin Partello, for good cause including finding that Mr. Partello's claims concerning equitable tolling lack merit because (a) Mr. Partello had sufficient time to pursue his claims during the COVID-19 lockdown because, as evidenced by the fact that he filed a PCRA petition during that time, and (b) some of his statutory period to file came in 2024, after Covid lockdowns were lifted, it is **ORDERED** as follows:

1. I **APPROVE** and **ADOPT** Judge Straw's detailed Report and Recommendation (ECF No. 11); and

2. I **DENY** and **DISMISS WITH PREJUDICE** the Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 2).

2

I find no probable cause to issue a certificate of appealability because Mr. Partello has not demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling, nor has he made a substantial showing of the denial of a constitutional right.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**